

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2014

No. 04-13-00445-CV

**PNP PETROLEUM I, LP** and PNP Management, Inc.,
Appellants

v.

Edna Earnest **TAYLOR** and Elizabeth Earnest Herbst.,
Appellees

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 10-05-00167CVF
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

     The court has considered the Appellant's Motion for Rehearing En Banc, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court